**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Linda Marie Bland** | Social Security number or ITIN   **xxx–xx–5009** |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Virginia**

Case number:   **17–33772–KRH**

# Discharge of Debtor

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Linda Marie Bland

February 1, 2018

**For the court:**   William C. Redden
Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 17-33772-KRH
Linda Marie Bland                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: ramirez-l          Page 1 of 2          Date Rcvd: Feb 01, 2018
                             Form ID: 318             Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2018.
db            Linda Marie Bland,   7506 Marbrett Dr,   Apt 304,   Richmond, VA  23225-5015
13991883      BConnected,   PO Box 199401,   Dallas, TX 75219-9401
13991885      CCI Contract Callers, Inc.,   PO Box 2207,   Augusta, GA 30903-2207
13991886     +Commonwealth Anesthesia Assoc.,   9327 Midlothian Tpke,   P.O. Box 35808,
              Richmond, VA 23235-0808
13991887     +Commonwealth Financial Systems,   245 Main St,   Dickson City, PA 18519-1641
13991888     +Connects Federal Credit Union,   7700 Shrader Rd,   Henrico, VA 23228-2552
13991894     +Ernest Foot & Ankle,   1336 Alverser Plaza,   Midlothian, VA 23113-2604
13991895     +Express Check Advance LLC,   Corporate Offices,   5959 Shallowford Rd Suite 405,
              Chattanooga, TN 37421-2228
13991896    ++FOCUSED RECOVERY SOLUTIONS,   9701 METROPOLITAN COURT,   STE B,   RICHMOND VA 23236-3690
              (address filed with court:  Focused Recovery Solutions,   9701-Metropolitan Ct,   Ste B,
              Richmond, VA 23236-0000)
13991897     +Gastrointestinal Specialists,   2369 Staples Mill Road,   Suite 200,   Richmond, VA 23230-2918
13991898     +HCA Healthcare,   Patient Account Services,   P.O. Box 13620,   Richmond, VA 23225-8620
13991900      James River Emergency Group LL,   Mailstop: 43809623,   PO Box 660827,   Dallas, TX 75266-0827
13991903     +Medicredit Inc.,   Po Box 1629,   Maryland Heights, MO 63043-0629
13991908     +NPAS, Inc.,   PO Box 99400,   Louisville, KY 40269-0400
13991905      Nephropath,   PO Box 442,   Montevideo, MN 56265-0442
13991906     +Neurological Associates, Inc.,   7301 Forest Ave,   Suite 302,   Richmond, VA 23226-3700
13991907     +Neurological Care PC,   444 Lakeville Rd,   Ste 204,   New Hyde Park, NY 11042-1165
13991910     +Radiology Assoc. of Richmond,   P.O. Box 13343,   Richmond, VA 23225-0343
13991911     +Radiology Associates of Rich,   2602 Buford Rd,   Richmond, VA 23235-3422
13991913     +Richmond Nephrology Associates,   671 Hioaks Rd,   Ste B,   Richmond, VA 23225-4072
13992037     +US Attorney,   919 E Main St, Ste 1900,   Richmond, VA 23219-4622
13991918     +Us Dept Ed,   Ecmc/Bankruptcy,   Po Box 16408,   St Paul, MN 55116-0408
13991920     +Virginia Ear Nose and Throat,   P.O. Box 36007,   Richmond, VA 23235-8000
13991921     +Virginia Emergency Physicians,   1602 Skipwith Road,   Henrico, VA 23229-5205
13991922     +Woodforest National Bank,   P.O. Box 219050,   Houston, TX 77218-9050
13991923      Xerox HR Solutions for HCA,   PO Box 382169,   Pittsburgh, PA 15251-8169


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QBHMATSON.COM Feb 02 2018 04:53:00      Bruce H. Matson,
              LeClair Ryan, A Professional Corporation,   919 East Main Street,   24th Floor,
              Richmond, VA 23219-4622
cr           +EDI: ATLASACQU.COM Feb 02 2018 04:53:00      Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
13991881     +EDI: AFNIRECOVERY.COM Feb 02 2018 04:53:00      Afni,   Po Box 3427,
              Bloomington, IL 61702-3427
13991882     +EDI: AMSHER.COM Feb 02 2018 04:53:00      Amsher Collection Services,   4524 Southlake Parkway,
              Suite 15,   Birmingham, AL 35244-3271
14042307     +EDI: ATLASACQU.COM Feb 02 2018 04:53:00      Atlas Acquisitions LLC,   Attn: Avi Schild,
              294 Union St.,   Hackensack, NJ 07601-4303
13991884     +EDI: CBCSI.COM Feb 02 2018 04:53:00      CBCS Collections,   Client Services,   P.O. Box 1810,
              Columbus, OH 43216-1810
13991889     +EDI: CONVERGENT.COM Feb 02 2018 04:53:00      Convergent Outsoucing, Inc,   Po Box 9004,
              Renton, WA 98057-9004
13991890     +E-mail/Text: mhumphrey@creditadjustmentboard.com Feb 02 2018 04:57:50
              Credit Adjustment Board, Inc.,   306 East Grace Street,   Richmond, VA 23219-1795
13991891     +EDI: CCS.COM Feb 02 2018 04:53:00      Credit Collection Service,   Po Box 773,
              Needham, MA 02494-0918
13991892     +EDI: CCS.COM Feb 02 2018 04:53:00      Credit Collection Services,   Two Wells Avenue,
              Dept. 9134,   Newton Center, MA 02459-3225
13991893     +E-mail/Text: collect@ccsroanoke.com Feb 02 2018 04:57:50      Creditors Collection Service,
              P.O. Box 21504,   Roanoke, VA 24018-0152
13991899      EDI: IRS.COM Feb 02 2018 04:53:00      Internal Revenue Service,   P.O. Box 7346,
              Philadelphia, PA 19101-7346
13991901      EDI: JEFFERSONCAP.COM Feb 02 2018 04:53:00      Jefferson Capital Systems, LLC,   16 Mcleland Rd,
              Saint Cloud, MN 56303-0000
13991902     +EDI: LTDFINANCIAL.COM Feb 02 2018 04:53:00      LTD Financial Services, L.P.,
              7322 Southwest Freeway,   Suite 1600,   Houston, TX 77074-2134
13991904     +EDI: NFCU.COM Feb 02 2018 04:53:00      Navy Federal Credit Union,   Attn: Bankruptcy,
              P.O. Box 3000,   Merrifield, VA 22119-3000
13991909      EDI: PRA.COM Feb 02 2018 04:53:00      Portfolio Recovery Associates,   POB 41067,
              Norfolk, VA 23541-0000
13991912     +E-mail/Text: lwallace@raaems.org Feb 02 2018 04:57:12      Richmond Ambulance Authority,
              2400 Hermitage Road,   P.O. Box 26286,   Richmond, VA 23260-6286
13991914     +EDI: SECONDROUND.COM Feb 02 2018 04:53:00      Second Round LP,   PO Box 41955,
              Austin, TX 78704-0033
13991916     +EDI: CBS7AVE Feb 02 2018 04:53:00      Seventh Avenue,   Seventh Avenue, Inc,   1112 7th Ave,
              Monroe, WI 53566-1364
13991917      EDI: AISTMBL.COM Feb 02 2018 04:53:00      T-Mobile,   Bankruptcy Legal Notices,
              P.O. Box 53410,   Bellevue, WA 98015-0000

```
District/off: 0422-7          User: ramirez-l        Page 2 of 2              Date Rcvd: Feb 01, 2018
                             Form ID: 318            Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13991919        +E-mail/Text: bkr@taxva.com Feb 02 2018 04:57:45     Virginia Dept of Taxation,   P.O. Box 2156,
                 Richmond, VA 23218-2156
                                                                               TOTAL: 21
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13991924       Y Not Lease
13991915     ##+Security Check,   2612 Jackson Ave W,   Oxford, MS 38655-5405
                                                                       TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2018 at the address(es) listed below:
```
         Bruce H. Matson    bhmtrustee@leclairryan.com,  bmatson@ecf.epiqsystems.com
         Charles H. Krumbein    on behalf of Debtor Linda Marie Bland charlesh@krumbein.com,
          mgkecf@krumbein.com,plutzky@gmail.com
                                                                       TOTAL: 2
```